UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 23-14035-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**JUAN CARLOS SANCHEZ ECHEVARRIA,**

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Shaniek M. Maynard following Change of Plea Hearing [ECF No. 40]. On October 30, 2023, Magistrate Judge Maynard held a Change of Plea hearing [ECF No. 35] during which Defendant pled guilty to Count 3 of the Indictment [ECF No. 1] pursuant to a written plea agreement and factual proffer [ECF Nos. 36, 37]. Magistrate Judge Maynard thereafter issued a Report recommending that the Court accept Defendant's guilty plea to Count 3 of the Indictment, that the Court find Defendant to have freely and voluntarily entered his guilty plea, and that the Court adjudicate him guilty of the offense [ECF No. 1]. Neither party has filed objections to the Report, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 40] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered into by Defendant **Juan Carlos Sanchez Echevarria** as to Count 3 of the Indictment is **ACCEPTED**.

CASE NO. 23-14035-CR-CANNON

3. Defendant **Juan Carlos Sanchez Echevarria** is adjudicated guilty of Count 3 of the Indictment, distribution of 40 grams or more of fentanyl, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B)(v)(i) and 18 U.S.C. § 2 [ECF No. 1].

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 27th day of November 2023.

_____
AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc:     counsel of record